UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK AYMAR,<br><br>Plaintiff,<br><br>v.<br><br>PAUL STASSINOS, et al.,<br><br>Defendants. | Nos. CV 07-02561-LEW (GGH);<br>CV 07-02771 MCE(GGH);<br>CV 07-02798 LEW(EFB);<br>CV 07-02799 MCE (GGH)<br><br>**RELATED CASE ORDER** |
| KEVIN ROSE and MELINDA ROSE,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL STASSINOS, et al.,<br><br>Defendants. | |

| | |
|---|---|
| IAN CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL STASSINOS, et al., | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| SHERELLE MELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL STASSINOS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these

actions are assigned to the same Judge and Magistrate Judge; no consolidation of the actions is effected. Under the regular practice of this Court, related cases are generally assigned to the Judge and Magistrate Judge to whom the first filed action was assigned.

**IT IS THEREFORE ORDERED** that the action denominated CIV. NOS. 07-02771 MCE (GGH); 07-02798 LEW (EFB); and 07-02799 be reassigned to Judge Ronald S.W. Lew and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case only are hereby **VACATED**. The parties are referred to the attached Order Requiring Joint Status Report. Henceforth, the caption on documents filed in the reassigned cases shall be shown as CIV. NOS. 07-02771 LEW (GGH); 07-02798 LEW (GGH) respectively.

**IT IS FURTHER ORDERED** that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

**IT IS SO ORDERED**

_____
**RONALD S.W. LEW**
Senior U.S. District Judge

DATE: January 7, 2008