1
2
3
4

Ronald Wilcox, State Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

5
6
7
8

Joseph Mauro (Admitted Pro Hac Vice)
LAW OFFICE OF JOSEPH MAURO, LLC
306 McCall Avenue
West Islip, NY 11795
Tel:  (631) 669-0921
Fax: (631) 669-5071
Email: joemauroesq@hotmail.com

9

Attorneys for Plaintiffs

10

11

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

12

13
14
15

PATRICK AYMAR,
              Plaintiff,
vs.
PAUL R. STASSINOS, et al.,
              Defendants.
_____

16
17
18

KEVIN ROSE, MELINDA ROSE,
              Plaintiffs,
vs.
PAUL R. STASSINOS, et al.,
              Defendants.
_____

19
20
21

IAN CHAMBERS,
              Plaintiff,
vs.
PAUL R. STASSINOS, et al.,
              Defendants.
_____

22
23
24

25

SHERELLE MELTON,
              Plaintiff,
vs.
PAUL R. STASSINOS, et al.,

              Defendants.

Case No.: CV07-02561 LEW GGH
Case No.: CV07-02771 LEW GGH
Case No.: CV07-02798 LEW GGH
Case No.: CV07-02799 LEW GGH


**MOTION TO AMEND COMPLAINT
AND ALLOW EXTENSION OF TIME
TO SERVE DEFENDANTS ALEX
SHORE AND DONNA SIMS AND
ORDER**

26

MOTION TO AMEND COMPLAINT AND ALLOW EXTENSION OF TIME TO SERVE DEFENDANTS ALEX
SHORE AND DONNA SIMS AND [PROPOSED] ORDER
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs sued Defendants  "Alex Shore" and "Donna Sims" (the "individual defendants"). The individual defendants work or worked for co-defendants Legal Recovery Services, Inc. and/or Paul Stassinos.  Plaintiffs attempted to serve the individual defendants at the offices of Legal Recovery Services, Inc. and Paul Stassinos.  Plaintiffs have now learned that the names "Alex Shore" and "Donna Sims" are aliases. Additionally, the Plaintiffs have learned that the Defendants may no longer work for co-Defendants Legal Recovery Services, Inc. and/or Paul Stassinos. *Declaration of Ronald Wilcox in Support of Motion to Amend Complaint and Allow Extension of Time to Serve Defendants Alex Shore, and Donna Sims* ("*Wilcox Decl.*"), ¶2.  These individual Defendants have not answered the complaints. Defendants Legal Recovery Services, Inc. and Paul Stassinos have answered the Complaints and are represented by counsel. Counsel for Legal Recovery Services, Inc. and Paul Stassinos refuse to inform Plaintiffs whether or not the individual Defendants are still employed for Legal Recovery Services, Inc. and/or Paul Stassinos. Counsel have however provided Plaintiffs with the true names of the individual Defendants, and their home addresses. *Wilcox Decl.*, ¶3. Therefore, to assure proper notice to these Defendants, Plaintiffs request that they be allowed to amend the following complaints to list the proper names of the Defendants:

1. *Patrick Aymar v. Paul R. Stassinos, et al.*, Case No.: CV07-02561 LEW GGH

2. *Rose, et al. v. Paul R. Stassinos, et al.,* Case No.: CV07-02771 LEW GGH

3. *Chambers v. Paul R. Stassinos, et al.,* Case No.: CV07-02798 LEW GGH

4. *Melton v. Paul R. Stassinos, et al.,* Case No.: CV07-02799 LEW GGH

Plaintiffs further request an extension of time to serve the individual Defendants (60 days from the filing of the amended complaint) under their correct names and at their last known home addresses.  Under Federal Rule of Civil Procedure 6(b) and 6(b)(1), the court for cause shown, may act ex parte, with or without motion or notice to extend the time to serve the Defendant.

MOTION TO AMEND COMPLAINT AND ALLOW EXTENSION OF TIME TO SERVE DEFENDANTS ALEX SHORE AND DONNA SIMS AND [PROPOSED] ORDER

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

1   Schwarzer, Tashima and Wagstaff, FEDERAL CIVIL PROCEDURE BEFORE TRIAL [5:299]

2   (The Rutter Group).  Thus, Plaintiffs bring this ex parte motion under Federal Rule of Civil

3   Procedure 6(b)(1) and E.D. Cal. Local Rule 6-144.

4         A stipulation to extend time could not reasonably be obtained since the individual

5   Defendants cannot yet be reached, and the Defendants who have answered do not have any

6   standing to agree (or to object) on behalf of the individual Defendants.

7

8   Dated: _____                          _____
                                                 Ronald Wilcox, Counsel for Plaintiffs
9

10

11

12                                    **ORDER**

13  For GOOD CAUSE, Plaintiffs are hereby allowed to amend the following complaints:

14        1.  *Patrick Aymar v. Paul R. Stassinos, et al.,* Case No.: CV07-02561 LEW GGH

15        2.  *Rose, et al. v. Paul R. Stassinos, et al.,* Case No.: CV07-02771 LEW GGH

16        3.  *Chambers v. Paul R. Stassinos, et al.,* Case No.: CV07-02798 LEW GGH

17        4.  *Melton v. Paul R. Stassinos, et al.,* Case No.: CV07-02799 LEW GGH

18   Plaintiffs are also granted an extension of time of 60 days from the filing of the amended

19  complaints to serve Defendants.

20

21        **IT IS SO ORDERED.**

22

23  Dated:  03/10/2008                  /s/ Ronald S. W. Lew_____
                                        HON. RONALD S.W. LEW
24                                      U.S. DISTRICT JUDGE

25

26  MOTION TO AMEND COMPLAINT AND ALLOW EXTENSION OF TIME TO SERVE DEFENDANTS ALEX
    SHORE AND DONNA SIMS AND [PROPOSED] ORDER
    Page 3

PDF created with pdfFactory trial version www.pdffactory.com