1  Ronald Wilcox, State Bar No. 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@post.harvard.edu

5
   Joseph Mauro (Admitted Pro Hac Vice)
6  LAW OFFICE OF JOSEPH MAURO, LLC
   306 McCall Avenue
7  West Islip, NY 11795
   Tel:  (631) 669-0921
8  Fax: (631) 669-5071
   Email: joemauroesq@hotmail.com
9
   Attorneys for Plaintiffs
10
                        UNITED STATES DISTRICT COURT
11                   FOR THE EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO DIVISION
12

13 | PATRICK AYMAR,                         | Case No.: CV07-02561 LEW GGH |
   |          Plaintiff,                    | Case No.: CV07-02771 LEW GGH |
14 | vs.                                    | Case No.: CV07-02798 LEW GGH |
   | PAUL STASSINOS, et al.,                | Case No.: CV07-02799 LEW GGH |
15 |          Defendants.                   |                              |
   | _____ |                              |
16 | KEVIN ROSE, MELINDA ROSE,              | Stipulation to Continue April 24, 2008 |
   |          Plaintiffs,                   | Status Conference to May 30, 2008 and |
17 | vs.                                    | Order |
   | PAUL STASSINOS, et al.,                |                              |
18 |          Defendants.                   |                              |
   | _____ |                              |
19 | IAN CHAMBERS,                          |                              |
   |          Plaintiff,                    |                              |
20 | vs.                                    |                              |
   | PAUL STASSINOS, et al.,                |                              |
21 |          Defendants.                   |                              |
   | _____ |                              |
22 | SHERELLE MELTON,                       |                              |
   |          Plaintiff,                    |                              |
23 | vs.                                    |                              |
   | PAUL STASSINOS, et al.,                |                              |
24 |                                        |                              |
   |          Defendants.                   |                              |
25

26

**Stipulation to Continue April 24, 2008 Status Conference to May 13, 2008 and [Proposed] Order**

PDF created with pdfFactory trial version www.pdffactory.com

A Status Conference was set in the above-mentioned matters for April 18, 2008. The Court continued the Status Conference to April 24, 2008. Due to a scheduling conflict the parties respectfully request the Status Conference be continued to 10:00 a.m., May 30, 2008.

Dated: 4/11/08  /s/Ronald Wilcox
Ronald Wilcox
Attorney for Plaintiffs

Dated: 4/11/08  /s/Darrell Spence
Darrell Spence
Attorney for Defendant Paul R. Stassinos

Dated: 4/11/08  /s/Candice M. Pagliero
Candice M. Pagliero
Attorney for Defendants Legal Recovery
Services, Inc. and Alan Mecham, Alex
Davido and Donna Fingold

### Order

The April 24, 2008 Status Conference is hereby continued to 10:00 a.m., May 30, 2008.

**IT IS SO ORDERED.**

**April 14, 2008**

/s/ Ronald S. W. Lew
HON. RONALD S. W. LEW
U.S. DISTRICT JUDGE

**Stipulation to Continue April 24, 2008 Status Conference to May 13, 2008 and [Proposed] Order**

PDF created with pdfFactory trial version www.pdffactory.com