1  Ronald Wilcox, State Bar No. 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@post.harvard.edu

5  Joseph Mauro (Admitted Pro Hac Vice)
   LAW OFFICE OF JOSEPH MAURO, LLC
6  306 McCall Avenue
7  West Islip, NY 11795
   Tel:  (631) 669-0921
8  Fax: (631) 669-5071
   Email: joemauroesq@hotmail.com
9
   Robert Brennan, Bar# 132449
10 Brennan Wiener and Associates
   3150 Montrose Ave.
11 La Crescenta, CA 91214
   Tel: (818) 249-5291
12 Fax: (818) 249-4329

13 **Attorneys for Plaintiffs**

14                **UNITED STATES DISTRICT COURT**
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
15                     **SACRAMENTO DIVISION**

16

| | |
|---|---|
| **PATRICK AYMAR,**<br>        **Plaintiff,**<br>vs.<br>**PAUL STASSINOS, et al.,**<br>        **Defendants.** | Case No.: CV07-02561 JAM GGH<br>Case No.: CV07-02798 JAM GGH<br>Case No.: CV07-02799 JAM GGH |
| **IAN CHAMBERS,**<br>        **Plaintiff,**<br>vs.<br>**PAUL STASSINOS, et al.,**<br>        **Defendants.** | **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO CONSOLIDATE HEARING AND [PROPOSED] ORDER**<br><br>Date:    July 1, 2009<br>Time:    9:00 a.m. |
| **SHERELLE MELTON,**<br>        **Plaintiff,**<br>vs.<br>**PAUL STASSINOS, et al.,**<br><br>        **Defendants.** | Location: U.S. DISTRICT COURT<br>        501 I Street, Courtroom #6, 14th Flr<br>        Sacramento, CA 95814<br><br>HON. JOHN A. MENDEZ |

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO
CONSOLIDATE HEARING AND [PROPOSED] ORDER - Page 1

1      Plaintiffs' counsel's office is located in San Jose, CA. Furthermore, in order to reduce

2  costs and fees Plaintiffs' counsel respectfully requests to be allowed to appear at the Motion to

3  Consolidate hearing scheduled for July 1, 2009, via telephone (408-296-0477). Defendants have

4  not filed an opposition to the Motion to Consolidate.

5

6  DATED: _6/23/09_            _____
                                     Ronald Wilcox, Attorney for Plaintiff

7

8

9                           **[PROPOSED] ORDER**

10     Plaintiffs' Request for Telephonic Appearance at the July 1, 2009 Motion to Consolidate

11 hearing is hereby GRANTED.

12     **IT IS SO ORDERED.**

13

14 Dated: _6/25/09_

15 _____
   HON. JOHN A. MENDEZ

16 U.S. DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26